# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SIMPSON AND SUE SIMPSON<br><br>Plaintiff(s)<br>v.<br>ICON HEALTH & FITNESS, INC., et al.<br><br>Defendant(s) | CASE No C 4:24-cv-08707-HSG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: July 12, 2025

Date: March 18, 2025            *Andrew C. Bryman*
                                 Attorney for Plaintiff
                                 Andrew C. Bryman

Date: March 18, 2025    *Keith A. Sipprelle*        /S/ Sean Moriarty
                                 Attorney for Defendants
                                 Sean Moriarty (Costco); Keith Sipprelle (iFIT)

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 3/24/2025            *Haywood S. Gill Jr.*
                            U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019