UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SIMPSON, et al., | Case No. 24-cv-08707-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| COSTCO WHOLESALE CORPORATION ERRONEOUSLY SUED AS LIVERMORE COSTCO #146, et al., | |
| Defendants. | |

A case management conference was held on March 11, 2025. Having considered the parties' proposal, *see* Dkt. No. 31, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 26, 2025 |
| Exchange of Opening Expert Reports | December 9, 2025 |
| Dispositive Motion Hearing Deadline | December 11, 2025, at 2:00 p.m. |
| Exchange of Rebuttal Expert Reports | January 8, 2026 |
| Close of Fact and Expert Discovery | February 9, 2026 |
| Pretrial Conference | March 17, 2026, at 3:00 p.m. |
| Jury Trial (3 days) | March 30, 2026, at 8:30 a.m. |

//

//

//

//

1     These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3 terminates Dkt. No. 31.
4     **IT IS SO ORDERED.**
5 Dated:   3/26/2025

*[Signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge