1  Andrew C. Bryman, SBN#97457; Brendon Norton, SBN# 297033
**LAW OFFICE OF BRYMAN & APELIAN**
2  A Professional Corporation
28632 Roadside Drive, Suite 200
3  Agoura Hills, CA 91303
Telephone: (818) 225-5151
4  Facsimile: (818) 225-5155
5  Email: Andrew@LawyersBA.com; Bnorton000@gmail.com; Acbsecretary@LawyersBA.com

6      Attorneys for Plaintiffs, THOMAS SIMPSON and SUE SIMPSON

7

8  Keith A. Sipprelle, Of Counsel (CA Bar No. 143358)
David B. Van Etten, Of Counsel (CA Bar No. 119049)
9  **LITTLETON JOYCE UGHETTA & KELLY LLP**
2945 Townsgate Road, Suite 200
10 Westlake Village, CA 91361
Telephone: 213.599.8200
11 Facsimile: 213.228.1980
12 Email: keith.sipprelle@littletonjoyce.com; david.vanetten@littletonjoyce.com

13 Attorneys for Defendants iFIT, INC. (f/k/a ICON Health & Fitness, Inc.) and COSTCO
14 WHOLESALE CORPORATION (erroneously sued as LIVERMORE COSTCO #146)

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

18 | THOMAS SIMPSON AND SUE SIMPSON, | CASE NO.: 4:24-cv-08707-HSG |
| --- | --- |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER** |
| vs. | |
| ICON HEALTH & FITNESS, INC.; IFIT, INC.; NORDIC TRACK; LIVERMORE COSTCO #146 and DOES 1 through 100, inc., | |
| Defendants. | |

1

**STIPULATION FOR DISMISSAL OF DEFNDANT NORDICTRACK, INC.
WITHOUT PREJUDICE**
**Case No.: 4:24-cv-08707-HSG**

Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), Plaintiffs THOMAS SIMPSON and SUE SIMPSON, and Defendant iFIT, INC. (f/k/a ICON HEALTH & FITNESS, INC.) and COSTCO WHOLESALE CORPORATION (erroneously sued as LIVERMORE COSTCO #146), through their undersigned counsel, hereby stipulate and agree that defendant NORDICTRACK, INC. (erroneously sued as NORDIC TRACK) should be dismissed without prejudice, each party to bear its own attorneys' fees, experts' fees, and costs.

DATED: September 26, 2025					LAW OFFICE OF BRYMAN & APELIAN


							By:	*s/ Andrew C. Bryman*
								Andrew C. Bryman
								Brendon Norton
								Attorneys for Plaintiffs, THOMAS SIMPSON and SUE SIMPSON


Dated: September 26, 2025					VAN ETTEN SIPPRELLE LLP


							By:	*s/ David B. Van Etten*
								David B. Van Etten
								Keith A. Sipprelle
								Attorneys for Defendants, iFIT, INC. (f/k/a ICON HEALTH & FITNESS, INC.) and COSTCO WHOLESALE CORPORATION (erroneously sued as LIVERMORE COSTCO #146

**STIPULATION FOR DISMISSAL OF DEFNDANT NORDICTRACK, INC. WITHOUT PREJUDICE**
**Case No.: 4:24-cv-08707-HSG**

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.

DATED: 9/30/2025

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge